6:12-cv-00345-RAW   Document 2-2   Filed in ED/OK on 08/14/12   Page 1 of 2

/10/12                "OWENS, DENISE vs. GUARANTEE TRUST LIFE INS. CO. " (CJ-2012-00170) | On Demand Court Records

## Case Information

**OWENS, DENISE vs. GUARANTEE TRUST LIFE INS. CO.**

| | |
|---|---|
| Case Identifier | Pittsburg OK — CJ-2012-00170 |
| Type of Case | Civil Cases in which the relief sought exceeds $10,000 |
| Date Filed | 07/03/2012 |
| Amount Owed | $0.00 (as of 08/10/2012 12:00pm) |

## Offense or Cause

**BREACH OF CONTRACT**

## Parties Involved

| | |
|---|---|
| Judge | BLAND, JAMES D. |
| Plntf Atty. | MERCER, TOD S. *of Mcalester OK* |
| Plaintiff | OWENS, DENISE |
| Defendant | GUARANTEE TRUST LIFE INS. CO. |

## Case entries

| Date | Description | Amount | Images |
|---|---|---|---|
| 07/03/2012 | F & E PETITION | $163.00 | 3 images |
| | (Entry with fee only) | $6.00 | |
| | (Entry with fee only) | $2.00 | |
| | OKLA. COURT INFORMATION SYSTEM | $25.00 | |
| | LENGTHY TRIAL FUND | $10.00 | |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 | |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $0.50 | |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $2.00 | |
| | 10% OF COJC TO COURT CLERK REVOLVING FUND | $0.20 | |
| 07/05/2012 | F AND E ISSUING SUMMONS | $5.00 | |
| 07/13/2012 | F&E SUMMONS (GUARANTEE TRUST LIFE INS. CO) GR/CARD SIGNED BY ///7-9-12 | | 1 image |
| 08/06/2012 | F&E ANSWER OF DEFT. | | 3 images |
| **Grand Total** | | **$218.70** | |

EXHIBIT "B"

6:12-cv-00345-RAW   Document 2-2   Filed in ED/OK on 08/14/12   Page 2 of 2

'10/12  "OWENS, DENISE vs. GUARANTEE TRUST LIFE INS. CO. " (CJ-2012-00170) | On Demand Court Records

# Receipts

| Date | Description | Amount |
|---|---|---|
| 07/03/2012 | R1-307898 MERCER LAW FIRM | $213.70 |
| 07/05/2012 | R1-307969 MERCER LAW FIRM | $5.00 |
| **Grand Total** | | **$218.70** |