IN AND FOR THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.) DENISE OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  CIV-2012-345-RAW |
| v. | ) | Civil Action No. CJ-2012-170 |
| | ) | (Pittsburg County State District Court) |
| 2.) GUARANTEE TRUST | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW, Defendant, by and through its counsel of record, Brandon S. Nichols, of Brandon S. Nichols, P.C., of Oklahoma City, Oklahoma, and pursuant to LCvR 81.1 preserves its right to a trial by jury.

Respectfully submitted,

s/Brandon S. Nichols
Brandon S. Nichols, OBA# 18973
BRANDON S. NICHOLS, P.C.
1215 N. Classen Drive
Oklahoma City, OK 73103
Tel.:   (405) 516.7822
Fax:   (4050 516.7859
Brandonscottnichols@gmail.com

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

On the 15th day of August, 2012, I certify that a true and correct copy of the forgoing Notice of Removal was distributed by the ECF system to the following counsel of record:

Tod S. Mercer
MERCER LAW FIRM, P.C.
500 East Choctaw Ave.
McAlester, OK 74501

s/Brandon S. Nichols
Brandon S. Nichols
