# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENISE OWENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-345-RAW |
| ) | |
| GUARANTEE TRUST LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the parties, by and through their respective attorneys, and stipulate for the dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(I)(ii). The parties shall bear their own respective costs and attorneys' fees.

Respectfully submitted,


/s/Tod S. Mercer
*(Signed by Filing Attorney with Permission of Plaintiff's Attorney)*
Tod S. Mercer
Wesley J. Cherry
Mercer Law Firm
500 East Choctaw Avenue
McAlester, OK 74501

*Attorneys for Plaintiff,*
*Denise Owens*

/s/  Timothy A. Carney
Timothy A. Carney, OBA #11784
Erin K. Dailey, OBA # 20189
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74103
(918)595-4800
(918)595-4990 (fax)

*Attorneys for Defendant,*
*Guarantee Trust Life Insurance Company*

{1135262;}